**UNITED STATES of America, Plaintiff–Appellee**

v.

**Timothy G. SEALES, Defendant–Appellant.**

**No. 12–3885.**

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2013.

Filed: May 9, 2013.

Trevor Paul Thielen, Special, Assistant U.S. Attorney, U.S. Attorney's Office, Rapid City, SD, for Plaintiff–Appellee.

Gary G. Colbath, Jr., Assistant, Federal Public Defender, Federal Public Defender's Office, Rapid City, SD, for Defendant–Appellant.

Timothy Seales, Williston, ND, pro se.

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

PER CURIAM.

Timothy Seales pleaded guilty to failing to pay child support, in violation of 18 U.S.C. § 228(a)(3), and the district court[1] imposed a sentence of three years of unsupervised probation. This appeal followed, in which counsel moved to withdraw and filed a brief under *Anders v. California,*

---

2. Bustillo has abandoned several claims on appeal. *See Harris v. Folk Constr. Co.,* 138 F.3d 365, 366 n. 1 (8th Cir.1998).

1. The Honorable Jeffrey L. Viken, Chief Judge, United States District Court for the District of South Dakota.

386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the court committed plain error at the change-of-plea hearing by failing to confirm whether Seales understood that any statement he made under oath could be used in a prosecution for perjury or false statement, as mandated by Federal Rule of Criminal Procedure 11(b)(1)(A). The notice of appeal was untimely, and this frivolous issue was not raised in the district court. By proceeding in this fashion, the Assistant Federal Public Defender obligated our court to review the record under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). Though a waste of our resources, we have done so and find no nonfrivolous issues. Accordingly, we affirm the judgment of the district court and decline to rule on counsel's motion to withdraw.